UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY DEL REAL,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:21-cv-01158-BAM<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME**<br><br>(Doc. 17) |

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's request for an extension of time to file her Motion for Summary Judgment is GRANTED.  (Doc. 17.)  Plaintiff shall file her Motion for Summary Judgment on or before July 20, 2022.  All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **May 26, 2022**                    /s/ Barbara A. McAuliffe            _
                                            UNITED STATES MAGISTRATE JUDGE

1